IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA HERAS, and KALINA HERAS,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANTHEM HEALTH PLANS OF KENTUCKY, INC., ANTHEM UM SERVICES, INC., COMMONWEALTH HOLDING-TURFWAY, INC., COMMONWEALTH HOTELS, INC., WELFARE PLAN,<br><br>      Defendants.<br>                                       / | No. C 15-05722 WHA<br><br>**REQUEST FOR RESPONSE** |

Defendants Anthem Health Plans of Kentucky, Inc., and Anthem UM Services, Inc., have jointly filed a motion to dismiss (Dkt. No. 8). Plaintiffs' response was due on January 4. In lieu of a response, plaintiffs filed an amended complaint. By **NOON ON JANUARY 7**, Anthem defendants will please inform the court whether their motion to dismiss should be denied as moot without prejudice to a new motion, or if they would prefer to proceed with the pending motion as if drawn to the amended pleadings. A new briefing schedule will follow Anthem's election.

Dated: January 5, 2016.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE