IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA HERAS, and KALINA HERAS,<br><br>   Plaintiffs,<br><br>   v.<br><br>ANTHEM HEALTH PLANS OF KENTUCKY, INC., ANTHEM UM SERVICES, INC., COMMONWEALTH HOLDING-TURFWAY, INC., COMMONWEALTH HOTELS, INC., WELFARE PLAN,<br><br>   Defendants.<br>_____ / | No. C 15-05722 WHA<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT** |

Defendants Anthem Health Plans of Kentucky, Inc., and Anthem UM Services, Inc., have jointly filed a motion to dismiss (Dkt. No. 8). Plaintiffs' response was due on January 4. In lieu of a response, plaintiffs filed an amended complaint. Defendants have filed a statement asking the Court to deny their motion as moot. The motion is hereby **DENIED AS MOOT**. This is without prejudice to a motion directed to the amended complaint.

Dated: January 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE