IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA HERAS, and KALINA HERAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANTHEM HEALTH PLANS OF KENTUCKY, INC., ANTHEM UM SERVICES, INC., COMMONWEALTH HOLDING-TURFWAY, INC., COMMONWEALTH HOTELS, INC., WELFARE PLAN,<br><br>    Defendants.<br>                                     / | No. C 15-05722 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties have filed a joint stipulation seeking to continue the case management conference, which is currently scheduled for March 17, due to a scheduling conflict. The case management conference is hereby continued to **MARCH 24 AT 11:00 A.M.** The parties shall submit a joint case management statement no later than **SEVEN CALENDAR DAYS** before the case management conference.

Dated: January 22, 2016.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE