IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA HERAS, an individual, and KALINA HERAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHEM HEALTH PLANS OF KENTUCKY, INC., a Kentucky Corporation, ANTHEM UM SERVICES, INC., an Indiana Corporation, COMMONWEALTH HOLDING-TURFWAY, INC., a Kentucky Corporation, COMMONWEALTH HOTELS, INC. WELFARE PLAN, and DOES 1–10, inclusive.<br><br>Defendant. | No. C 15-05722 WHA<br><br>**ORDER RE STIPULATION CONCERNING SERVICE OF PROCESS AND SCHEDULING** |

The parties jointly stipulated that defendants Commonwealth Holding-Turfway, Inc., and Commonwealth Hotels, Inc. Welfare plan will accept service of the first amended complaint filed by Herlinda Heras and the notice of voluntary dismissal of plaintiff Kalina Heras (Dkt. Nos. 10, 12). The parties further agreed that the Commonwealth defendants shall have up to March 31, 2016, to respond to the first amended complaint. The parties' stipulated request is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: March 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE