UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA HERAS<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHEM HEALTH PLANS OF KENTUCKY, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-05722-WHA<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: June 9, 2016<br>Mediator: Julia Campins |

IT IS HEREBY ORDERED that the request to excuse defendants' client representatives Lori Baldy, Associate General Counsel of Anthem, and Kim Jennings, Corporate Director of Human Resources for Commonwealth, from appearing in person at the June 9, 2016, mediation before Julia Campins is DENIED.

**IT IS SO ORDERED**.

Dated: May 26, 2016

Maria-Elena James
United States Magistrate Judge